## SPENCE, ADM'R, *vs.* JOHNSON.

[ACTION ON PROMISSORY NOTE.]

1. *Promissory note ; what no defense to suit on.*—It is no defense to a suit on a promissory note, that it was made in the year 1862.

APPEAL from Circuit Court of Russell.
Tried before Hon. LITTLEBERRY STRANGE.
27

ACTION by appellant against appellee, on a promissory note. Pleas,—general issue, and statute of limitations of six years. Appellant offered in evidence the note which was the foundation of the action, which bears date March 28, 1862. The defendant objected to its admission, on the ground that it was dated in 1862, and that the court must judicially know that it was for Confederate transactions, and was therefore illegal and incompetent evidence. The court sustained the objection, excluded the note, and defendant excepted.

W. H. BARNES, for appellant.
L. F. McCOY, *contra.*

B. F. SAFFOLD, J.—The court erred in excluding as evidence the note which was the foundation of the suit, because it was made in 1862.

The judgment is reversed, and the cause remanded.